IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MOAEC TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>SOUNDCLOUD LIMITED and<br>SOUNDCLOUD, INC.,<br><br>  Defendants. | C.A. No. 18-376-LPS-CJB |

**DEFENDANTS SOUNDCLOUD LIMITED AND
SOUNDCLOUD, INC.'S MOTION TO STAY, AND
<u>JOINDER IN SPOTIFY USA, INC.'S MOTION TO STAY</u>**

Defendants SoundCloud Limited and SoundCloud, Inc. (collectively, "SoundCloud") hereby join in Spotify USA Inc.'s ("Spotify") Motion to Stay Pending Resolution of Motion to Dismiss and accompanying briefing pending in the action captioned *MOAEC Technologies, LLC v. Spotify AB et al.*, C.A. No. 18-377-LPS-CJB (D. Del.), D.I. 21–23. For the reasons stated in Spotify's motion and accompanying briefing, SoundCloud moves to stay all deadlines in this case pending the resolution of SoundCloud's Motion to Dismiss, D.I. 11. All relevant factors weigh in favor of a stay: the patent-in-suit is ineligible under 35 U.S.C. § 101, the case is in its infancy, and Plaintiff MOAEC Technologies, LLC ("MOAEC") will not be unduly prejudiced by delay; and a stay would conserve the parties and the Court's resources without unduly prejudicing any party. To minimize the burden on the Court and avoid duplicative briefing, rather than file independent briefing on this issue, SoundCloud joins Spotify's motion and adopts the arguments stated in its accompanying papers.

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, counsel for SoundCloud have consulted with counsel for MOAEC

regarding the subject matter of this motion, and MOAEC has not consented to the relief requested.

OF COUNSEL:

Benjamin Hershkowitz
R. Scott Roe
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000
bhershkowitz@gibsondunn.com
sroe@gibsondunn.com

Dated: July 6, 2018

*\/s/ Jason J. Rawnsley*
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com

*Attorneys for Defendants SoundCloud Limited and SoundCloud, Inc.*